**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8430**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JAMAR LUSTER, a/k/a Woo,

        Defendant – Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.   Joseph R. Goodwin, Chief District Judge.   (2:03-cr-00288-1)

Submitted:  February 26, 2009      Decided:  March 9, 2009

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamar Luster, Appellant Pro Se.  John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamar Luster appeals the district court's order denying relief on his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Luster, No. 2:03-cr-00288-1 (S.D.W. Va. Nov. 4, 2008); see United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED